UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN HODGES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ANDRE MATEVOUSIAN, et al.,<br><br>　　　　　Defendants. | Case No. 1:18-cv-00790-EPG (PC)<br><br>ORDER VACATING ORDER FOR PLAINTIFF TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE |

On June 18, 2018, the Court issued an order, directing Plaintiff to file an application to proceed in forma pauperis, or in the alternative, pay the $400.00 filing fee for this action. (ECF No. 3). On that same day, the Court received a $400 payment from Plaintiff. As Plaintiff has paid the $400 filing fee, IT IS ORDERED that the Court's June 18, 2018 order is VACATED.

IT IS SO ORDERED.

　　Dated: __**June 19, 2018**__　　　　　　　　/s/ *Erica P. Grosjean*
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1