UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN HODGES,<br><br>    Plaintiff,<br><br>    v.<br><br>ANDRE MATEVOUSIAN, et al.,<br><br>    Defendants. | Case No. 1:18-cv-00790-EPG (PC)<br><br>ORDER RE: PLAINTIFF'S NOTICE OF INTENT TO SERVE DEFENDANTS<br><br>(ECF NO. 7)<br><br>TWENTY-ONE-DAY DEADLINE |

       Melvin Hodges ("Plaintiff") is a federal prisoner proceeding *pro se* with this civil rights action. Plaintiff filed the complaint commencing this action on June 8, 2018. (ECF No. 1).

       On November 28, 2018, the Court issued a screening order finding service of the complaint appropriate. (ECF No. 6). In the order, the Court directed Plaintiff "to either file a notice stating that he intends to serve Defendants or file a motion to proceed in forma pauperis for the limited purpose of service of process." (Id. at 7).

       On December 10, 2018, Plaintiff filed a "Notice of Intent to Serve Defendants in this Matter." (ECF No. 7, p. 1). However, in that same filing, Plaintiff noted that the address for one of the defendants recently changed and asked the Clerk of Court to send a summons to that new address. (Id. at 2). Thus, it is unclear whether Plaintiff intends to Defendants, or if he is asking the Court to direct the United States Marshals Service ("USMS") to serve Defendants.

       Accordingly, IT IS ORDERED that Plaintiff has twenty-one days from the date of

1

service of this order to clarify whether he intends to serve Defendants pursuant to Federal Rule of Civil Procedure 4.  If Plaintiff wants the Court to direct the USMS to serve Defendants, Plaintiff should file a motion to proceed in forma pauperis for the limited purpose of service of process with his clarification.

IT IS SO ORDERED.

Dated: **December 12, 2018**

/s/ Eric P. Grosj

UNITED STATES MAGISTRATE JUDGE