# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN HODGES,<br><br>    Plaintiff,<br><br>v.<br><br>ANDRE MATEVOUSIAN, et al.,<br><br>    Defendants. | Case No. 1:18-cv-00790-EPG (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR ORDER SETTING DISCOVERY PROCEDURES<br><br>(ECF NO. 13) |

Melvin Hodges ("Plaintiff") is a federal prisoner proceeding *pro se* with this civil rights action.

On January 31, 2019, Plaintiff filed a motion for order setting discovery procedures per Federal Rule of Civil Procedure 26. (ECF No. 13).

Plaintiff's motion will be denied. While it appears that two of the defendants in this case have been served (ECF No. 12), no defendants have appeared. Accordingly, it is premature to open discovery. The Court notes that once a defendant files an answer, the Court will issue an order requiring initial disclosures and setting a scheduling conference.

Accordingly, IT IS ORDERED that Plaintiff's motion for order setting discovery procedures is denied.

IT IS SO ORDERED.

    Dated: __**February 1, 2019**__            /s/ Erica P. Grosjean
                                                         UNITED STATES MAGISTRATE JUDGE