UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN HODGES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANDRE MATEVOUSIAN, et al.,<br><br>　　　　Defendants. | Case No. 1:18-cv-00790-EPG (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO SUPPLEMENT PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS<br><br>(ECF NO. 23) |

　　　Melvin Hodges ("Plaintiff") is a federal prisoner proceeding *pro se* with this civil rights action. Before the Court is Plaintiff's Motion to Supplement Plaintiff's Opposition to the Defendants' Motion to Dismiss. Defendants have filed a statement notifying the Court that they do not oppose Plaintiff's Motion to Supplement. (ECF No. 24.) The Court, having reviewed the motion and the non-opposition to the motion, will grant the motion.

　　　IT IS ORDERED that Plaintiff's Motion to Supplement (ECF No. 23) is GRANTED. Plaintiff's opposition to Defendants' Motion to Dismiss is hereby supplemented with "Exhibit A," which is a letter from the Federal Bureau of Prisons Western Regional Counsel, dated October 31, 2018, attached to Plaintiff's Motion to Supplement (ECF No. 23 at 3).

IT IS SO ORDERED.

　　　Dated: __May 24, 2019__　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1