UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN HODGES,<br><br>                              Plaintiff,<br><br>      v.<br><br>ANDRE MATEVOUSIAN, et al.,<br><br>                             Defendants. | Case No. 1:18-cv-00790-AWI-EPG (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE FIRST AMENDED COMPLAINT AND FOR COPY OF COMPLAINT FORM<br><br>(ECF NO. 30)<br><br>ORDER DIRECTING CLERK TO SEND PLAINTIFF A CIVIL RIGHTS COMPLAINT FORM |

Melvin Hodges ("Plaintiff") is a federal prisoner proceeding *pro se* with this civil rights action.

On March 25, 2020, Plaintiff filed a motion for an extension of time to file and serve his First Amended Complaint and for a copy of the complaint form. (ECF No. 30). Plaintiff asks that he be given until June 30, 2020, to file his amended complaint. He states that, due to the COVID-19 virus, there is uncertainty as to whether he will have access to the law library and how mail will be delivered. Moreover, he needs additional time to research and prepare a proper amended complaint.

Defendants do not oppose Plaintiff's request. (ECF No. 31). Defendants ask that they be given thirty days to respond to any amended complaint.

The Court finds good cause to grant Plaintiff's motion and Defendant's request. Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff has until June 30, 2020, to file his First Amended Complaint.
2. Defendants have thirty days from the date of service of Plaintiff's First Amended Complaint to file their response.
3. The Clerk of Court shall send Plaintiff a civil rights complaint (prisoner complaint) form.

IT IS SO ORDERED.

Dated: **March 27, 2020**

/s/ Erin P. Gross

UNITED STATES MAGISTRATE JUDGE