# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MELVIN HODGES,** | CASE NO. 1:18-CV-0790 AWI EPG |
| **Plaintiff** | |
| v. | ORDER WITHDRAWING LEAVE TO AMEND AND CLOSING CASE |
| **ANDRE MATEVOUSIAN, et al.,** | |
| **Defendants** | (Doc. No. 29) |

This is *Bivens* action brought by *pro se* incarcerated Plaintiff Melvin Hodges. On March 9, 2020, the Court adopted in part a findings and recommendation. See Doc. No. 29. As part of that order, the Court dismissed all claims for monetary damages with prejudice, but granted Plaintiff leave to amend his claim for equitable injunctive relief. See id. The Court gave Plaintiff 28 days to file an amended Complaint. See id. After receiving extensions of time, the time to file an amended complaint has now passed. As part of the order adopting, the Court expressly warned Plaintiff: "If Plaintiff fails to file a timely amended complaint, leave to amend will be withdrawn automatically and this case will close without further notice." Id.

The Court takes Plaintiff's failure to comply with the March 9 order, and the failure to heed the warning regarding termination of the case, as Plaintiff's decision to discontinue prosecution of this matter. The Plaintiff's failure to file an amended complaint prevents this case from proceeding because the operative complaint contains no viable claims against any defendant, and the time to file an amended complaint has now passed. The Court's docket is too congested to leave cases open where no viable claims are stated. Therefore, it is appropriate to close this case.

1    Accordingly, IT IS HEREBY ORDERED that, due to Plaintiff's failure to file an amended complaint as previously instructed, leave to amend as previously granted in the March 9, 2020 order is WITHDRAWN, and the Clerk shall CLOSE this case.

IT IS SO ORDERED.

Dated:  July 10, 2020                          _____
                                               SENIOR  DISTRICT  JUDGE